MARK J. TAMBLYN (State Bar No. 179272)
mjt@wtwlaw.com
**WEXLER TORISEVA WALLACE LLP**
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Attorney for Plaintiff
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>        Defendants. | No. 3:08-cv-02916-VRW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Vaughn R. Walker |
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>        Plaintiffs,<br><br>v.<br><br>INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC.,<br><br>       Defendants. | THIS DOCUMENT RELATES TO:<br><br>Case No. 3:08-cv-02376-MHP |
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>v.<br><br>INTERMUNE, INC.,<br><br>       Defendant. | THIS DOCUMENT RELATES TO:<br><br>Case No.: 06-cv-00707-MHP |

| UNITED STATES OF AMERICA, | ) | THIS DOCUMENT RELATES TO: |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | Case No.: 06-cv-00164-MHP |
| v. | ) | |
| | ) | |
| W. SCOTT HARKONEN, | ) | |
| | ) | |
| Defendant. | ) | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 3-12, Plaintiff Linda K. Rybkoski hereby moves the Court to relate this action to: *Deborah Jane Jarrett, et al. v. InterMune, Inc., et al.*, 3:08-cv-02376-MHP ("*Jarrett*"): *United States v. InterMune, Inc.*, Case No. 06-cv-00707 MHP ("*InterMune*"); and *United States v. Harkonen*, Case No. 08-cv-00 164 MHP ("*Harkonen*"). The *Jarrett*, *InterMune* and *Harkonen* cases have already been deemed related, and all are pending before the Honorable Marilyn H. Patel. In support of this motion, Plaintiff states:

1. Each of these cases involves substantially similar claims and many of the same parties. The *Rybkoski* action arises from similar or closely related transactions, happenings or events, calls for determination of substantially related or similar questions of law and fact as *Jarrett*, *InterMune*, and *Harkonen* and would entail substantial duplication of labor if heard by different judges.

2. By an Order dated April 1, 2008, the Court found that *Harkonen* (filed March 18, 2006) was related to *InterMune* (filed October 26, 2006).

3. By Orders dated May 20, 2008, the Court related *Jarrett* (filed May 8, 2008) to *Harkonen* and *InterMune*. *Jarrett* is a civil case while the latter two are criminal cases.

4. *InterMune* and *Harkonen* are both criminal cases against InterMune, Inc. and Scott Harkonen relating to their unlawful actions when promoting the drug Actimmune for the treatment of idiopathic pulmonary fibrosis ("IPF"), a condition for which it was not approved by the FDA. InterMune, Inc. entered into a deferred prosecution agreement which was approved by the Court on or about December 4, 2006.

2

5.   On October 26, 2006, the United States filed an Information, CV 06-0707 JSW, later changed to CV 06-0707 MHP, charging InterMune, Inc. with one felony count of violating the Food, Drug, and Cosmetic Act (21 U.S.C. §§ 331(k) and 333(a)(2)) by promoting Actimune.

6.   On March 18, 2008, a grand jury indicted W. Scott Harkonen on one count of wire fraud (18 U.S.C. § 1343) and one felony count of violating the Food, Drug, and Cosmetic Act (21 U.S.C. §§ 331(k), 333(a)(2) and 352(a)) related to his role in the creation and dissemination of false and misleading information about the efficacy of Actimmune as a treatment for IPF.  Harkonen was the former Chief Executive Officer and board member of InterMune, Inc., and held those positions during the period of time at issue in the information filed against InterMune, Inc., August 2002 through January 2003.

7.   Both *Jarrett* and *Rybkoski* are putative civil class actions brought on behalf of consumers and other end payors of Actimmune alleging fraud and deception in the marketing and sale of Actimmune for scientifically unproven purposes, primarily the treatment of idiopathic pulmonary fibrosis. Both civil class actions assert identical causes of action: violation of 18 U.S.C. §1962(c); 18 U.S.C. § 1962(d); violation of California Unfair Competition Law, California Business and Professions Code §§17200, *et seq.*; violations of other state consumer protection statutes; and unjust enrichment. Each case also seeks, in part, restitution, declaratory relief and damages.

8.   Pursuant to Local Rule 3-12(a), this case should be related to *Jarrett, InterMune,* and *Harkonen*. All three cases involve the same underlying conduct and harm: a scheme to defraud by falsely portraying Actimmune as a medically effective and scientifically proven treatment for IPF. All three cases involve the same product, the same documents, and the same witnesses. In this case and *Jarrett*, the victims are consumers and private health care payors, while the victims in the criminal cases are government health care payors including Medicare and Medicaid.

9.   Local Rule 3-12(b) further supports assignment of this case to Judge Patel because this would conserve judicial resources, avoid duplicative labor and expenses, and promote efficient determination of conflicts, claims of privilege, and discovery. A finding of

relatedness would likewise avoid the risk of conflicting results that would be possible if the cases are adjudicated before different judges. A single judge is in the best position to preside over all four of these cases.

    WHEREFORE, Plaintiff Linda K. Rybkoski respectfully requests that the Court deem *Rybkoski* related to *Jarrett, InterMune,* and *Harkonen.*

Dated: June 30, 2008          WEXLER TORISEVA WALLACE LLP

By: /s/ Mark J. Tamblyn
      Mark J. Tamblyn

1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Kenneth A. Wexler
Jennifer Fountain Connolly
WEXLER TORISEVA WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

***Attorneys for Plaintiff***

Case No. 3:08-cv-02916-VRW
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED