MARK J. TAMBLYN (State Bar No. 179272)
mjt@wtwlaw.com
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>　　　　　　　Defendants. | No. 3:08-cv-02916-VRW<br><br>**DECLARATION OF MARK J. TAMBLYN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Vaughn R. Walker |
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC.,<br><br>　　　　　　　Defendants. | THIS DOCUMENT RELATES TO:<br><br>Case No. 3:08-cv-02376-MHP |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>INTERMUNE, INC.,<br><br>　　　　　　　Defendant. | THIS DOCUMENT RELATES TO:<br><br>Case No.: 06-cv-00707-MHP |

Case No. 3:08-cv-02916-VRW
DECLARATION OF MARK J. TAMBLYN

| UNITED STATES OF AMERICA, | ) | THIS DOCUMENT RELATES TO: |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | Case No.: 06-cv-00164-MHP |
| v. | ) | |
| | ) | |
| W. SCOTT HARKONEN, | ) | |
| | ) | |
| Defendant. | ) | |

I, Mark J. Tamblyn, declare as follows:

1. I am an attorney duly licensed to practice law in all courts of the State of California and am a partner in the law firm of Wexler Toriseva Wallace LLP. I have personal knowledge of the matters set forth herein, and if called upon to testify, would be competent to do so.

2. I am counsel for Plaintiff in *Linda K. Rybkoski v. InterMune, Inc., et al.* I submit this Declaration in support of Plaintiff Rybkoski's Administrative Motion to Consider Whether Cases Should be Related to *Deborah Jane Jarrett, et al. v. InterMune, Inc., et al.*, 3:08-cv-02376-MHP ("Jarrett"), *United States v. InterMune, Inc.*, Case No. 06-cv-00707 MHP ("InterMune"), and *United States v. Harkonen*, Case No. 08-cv-00 164 MHP ("Harkonen"). Each of these cases has already been designated as related, and all are pending before the Honorable Marilyn H. Patel.

3. *InterMune* and *Harkonen* are both criminal cases against InterMune, Inc. and Scott Harkonen relating to their illegal actions when promoting its drug Actimmune for the treatment of idiopathic pulmonary fibrosis ("IPF"), a condition for which it was not approved by the FDA, while the drug was held for sale after shipment in interstate commerce. InterMune, Inc. entered into a deferred prosecution agreement which was approved by the Court on or about December 4, 2006.

4. By an Order dated April 1, 2008, the Court found that *Harkonen* (filed March 18, 2006) was related to *InterMune* (filed October 26, 2006).

5. By Orders dated May 20, 2008, the Court related *Jarrett* (filed May 8, 2008) to *Harkonen* and *InterMune*. *Jarrett* is a civil case while the latter two are criminal cases.

6. I have been informed that my partner, Jennifer Fountain Connolly, has tried to contact all counsel in each of the three cases which we seek to be related. Ms. Connolly obtained agreement to the relief requested from InterMune Inc.'s counsel Simon Frankel and Scott Harkonen's counsel William Goodman. She likewise obtained concurrence from David Nalven, counsel for the *Jarrett* Plaintiffs. Ms. Connolly left a voicemail message with Katherine Henderson, Genentech, Inc.'s counsel. Ms. Connolly likewise spoke with the U.S. Attorney Ioana Petrou, who informed Ms. Connolly that the Government neither supports nor opposes relating the *Rybkoski* case to the two criminal actions against InterMune, Inc. and Scott Harkonen. Accordingly, a stipulation could not be obtained given the Government's neutral position and because Ms. Connolly has not yet heard back from counsel for Defendant Genentech, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 30, 2008 in Sacramento, California.

*[signature]*
Mark J. Tamblyn