MARK J. TAMBLYN (State Bar No. 179272)
Email: mjt@wtwlaw.com
WEXLER TORISEVA WALLACE LLP
1610 Arden Way, Suite 290
Sacramento, California 95815
Telephone: (916) 568-1100
Facsimile: (916) 568-7890

KENNETH A. WEXLER
Email: kaw@wtwlaw.com
JENNIFER FOUNTAIN CONNOLLY
Email: jfc@wtwlaw.com
WEXLER TORISEVA WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Attorneys for Plaintiff
(Additional counsel for Plaintiff on signature page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., <br><br> Defendants. | No. 3:08-cv-02916-VRW <br><br> **PROOF OF SERVICE** <br><br> Judge Vaughn R. Walker |

Case No. 3:08-cv-02916-VRW
PROOF OF SERVICE

| | | |
|---|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>            Plaintiffs,<br><br>v.<br><br>INTERMUNE INC., W. SCOTT HARKONEN AND GENENTECH, INC.,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO:<br><br>Case No. 3:08-cv-02376-MHP |
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>v.<br><br>INTERMUNE, INC.,<br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO:<br><br>Case No.: 06-cv-00707-MHP |
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>v.<br><br>W. SCOTT HARKONEN,<br><br>            Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | THIS DOCUMENT RELATES TO:<br><br>Case No.: 06-cv-00164-MHP |

I, Tracy Law, certify as follows:

I am employed in the County of Sacramento, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1610 Arden Way, Suite 290, Sacramento, California 95815, in said County and State. On June 30, 2008, I served the following document(s):

    1.    Administrative Motion to Consider Whether Cases Should be Related;

    2.    Declaration of Mark J. Tamblyn in Support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related;

    3.    Proposed Order Relating Cases; and

Case No. 3:08-cv-02916-VRW
PROOF OF SERVICE

4. Proof of Service.

on the parties on the attached Service List, by the following means of service:

X   SERVICE BY FIRST CLASS MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X   I am employed by a member of the bar of this court.

X   (FEDERAL) I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2008.                                     _____
                                                                                    Tracy Law

Case No. 3:08-cv-02916-VRW
PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Simon J. Frankel<br>Erin C Smith<br>Email: esmith@cov.com<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111-5356<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br><br>Ethan M. Posner<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br><br>*Counsel for InterMune, Inc.*<br><br>William M. Goodman<br>Email: wgoodman@kasowitz.com<br>Marcus Sanders Topel<br>Email: mtopel@kasowitz.com<br>Kasowitz, Benson, Torres & Friedman LLP<br>101 California Street, Suite 2050<br>San Francisco, CA 94111<br>Telephone: (415) 421-6140<br>Facsimile: (415) 398-5030<br><br>*Counsel for Defendant W. Scott Harkonen*<br><br>Katherine L. Henderson<br>Email: khenderson@wsgr.com<br>Wilson Sonsini Goodrich & Rosati<br>One Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105-1126<br>Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099<br><br>Ignacio E. Salceda<br>Email: isalceda@wsgr.com<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>*Counsel for Defendant Genentech, Inc.* | Reed R. Kathrein<br>Email: reed@hbsslaw.com<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br><br>Thomas M. Sobol<br>Email: tom@hbsslaw.com<br>David S. Nalven<br>Email: davidn@hbsslaw.com<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br><br>Douglass A. Kreis<br>Email: dkreis@aws-law.com<br>Aylstock, Witkin & Sasser, PLC<br>603 N. Palafo Street<br>Pensacola, FL 32501<br>Telephone: (850) 916-7450<br>Facsimile: (850) 916-7449<br><br>Lance A Harke<br>Email: lharke@harkeclasby.com<br>Harke & Clasby, LLP<br>155 S. Miami Avenue, Suite 600<br>Miami, FL 33131<br>Telephone: (305) 536-8220<br>Facsimile: (305) 536-8229<br><br>Steve W. Berman<br>Email: steve@hbsslaw.com<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>*Counsel for Plaintiffs Deborah J. Jarrett,*<br>*Jeffrey H. Frankel, and Nancy Isenhower* |

4

Case No. 3:08-cv-02916-VRW
PROOF OF SERVICE

| | |
|---|---|
| 1 | Ioana Petrou<br>Email: Ioana.Petrou@usdoj.gov |
| 2 | Jonathan D. Schmidt<br>Email: Jonathan.Schmidt@usdoj.gov |
| 3 | U.S. Attorney's Office |
| 4 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |
| 5 | Telephone: (415) 436-7189<br>Facsimile: (415) 436-7234 |
| 6 | Allan Gordus |
| 7 | Email: allan.gordus@usdoj.gov<br>Sondra Lee Mills |
| 8 | Email: sondra.mills@usdoj.gov<br>Office of Consumer Litigation |
| 9 | United States Department of Justice |
| 10 | Ben Franklin Station<br>PO Box 386 |
| 11 | Washington, DC 20044<br>Telephone: (202) 307-1862 |
| 12 | Facsimile: (202) 514-8742 |
| 13 | **Counsel for United States** |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case No. 3:08-cv-02916-VRW
PROOF OF SERVICE