MARK J. TAMBLYN, ESQ. (SBN 179272)
WEXLER TORISEVA WALLCE, LLP
1610 Arden Way, Ste. 290
Sacramento, CA 95815
916/568-1100

Attorney for Plaintiffs LINDA RYBKOSKI, et al.

# THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA RYBKOSKI, et al.,
          Plaintiff,

v.

INTERMUNE, INC., et al.,
          Defendants.

Case No.: CV 08 2916 VRW

## PROOF OF SERVICE

I, Tony Klein, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the **Summons & Complaint, Order Setting Initial Case Mgmt Conference and ADR Deadlines (2), Standing Order Setting CMC (2), Standing Order for All Judges in the USDC, NDC, Contents of Joint CMS (3), Vaughn R. Walker – Standing Orders; Welcome Memo to USDC, NDC; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Notice of Assignment of Case to a US Magistrate Judge for Trial, Blank Consent to Proceed form, Blank Declination to Proceed form, Blank Joint CMS and Proposed Order form; ECF Registration Information Handout; Consenting to a Magistrate Judge's Jurisdiction in the NDC brochure; Public Notice re Magistrate Judge** to:

**PERSON SERVED:** GENENTECH, INC.

**ADDRESS:** 1633 Grandview
So. San Francisco, California 94080

**DATE/TIME:** June 25, 2008  4:25 PM

**MANNER OF SERVICE:** ☒ Personal Service

by delivery to REBECCA RIORDAN, Agent for Service and a person authorized to accept service for the defendant.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct and this declaration is executed on June 26, 2008 at San Francisco, California.

It's Your Serve, Inc.
134 No. LaSalle St., Ste. 700
Chicago, IL 60602
312/655-0303

Tony Klein          RPS: San Francisco #21

PROOF OF SERVICE