1 | JEFFREY G. KNOWLES (State Bar No. 129754)
Email: jgk@coblentzlaw.com
2 | COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
3 | San Francisco, California 94111-4213
Telephone: 415.391.4800
4 | Facsimile: 415.989.1663

5 | Attorneys for Defendant
GENENTECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>Defendants. | Case No. CV-08-2916<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT GENENTECH, INC. TO  RESPOND TO COMPLAINT**<br><br>Trial Date:       None |

Plaintiff and Defendant Genentech, Inc. by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Complaint in this action was filed on June 11, 2008;

WHEREAS, Defendant Genentech, Inc. intends to file a motion to dismiss the Complaint in its entirety:

WHEREAS, on June 30, 2008 Plaintiff moved to relate this case to a civil action currently pending before the Hon. Marilyn J. Patel of this Court, *Deborah Jane Jarrett, et al. v. InterMune, Inc., et al.*, 3:08-cv-02376-MHP ("*Jarrett*");

WHEREAS, Judge Patel has extended Defendants' time to respond in *Jarrett* until August 25, 2008;

WHEREAS, the answers of Genentech's Co-Defendants in this case, W. Scott Harkonen and InterMune, Inc., are not due until August 22, 2008 and August 25, 2008, respectively;

NOW, THEREFORE, Plaintiff and Defendant Genentech, Inc. hereby stipulate that the time in which Defendant Genentech, Inc. shall have to respond to the Complaint filed herein shall be, and hereby is, extended to and including August 25, 2008.

DATED: July 15, 2008

                             COBLENTZ, PATCH, DUFFY & BASS LLP

                             By:   /s/ Jeffrey G. Knowles
                                  Jeffrey G. Knowles
                                  Attorneys for Defendant GENENTECH, INC.

DATED: July 15, 2008

                             WEXLER TORISEVA WALLACE LLP

                             By:   /s/ Jennifer Fountain Connolly
                                  Jennifer Fountain Connolly
                                  Attorneys for Plaintiff LINDA K. RYBKOSKI

## [Proposed] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:

                             Hon. Vaughn R. Walker
                             United States District Court

## ATTESTATION

I, Jeffrey G. Knowles, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order Extending Time for Defendant Genentech, Inc. to Respond to Complaint. In compliance with General Order 45.X.B, I hereby attest that Jennifer Fountain Connolly has concurred in this filing.

DATED: July 15, 2008

COBLENTZ, PATCH, DUFFY & BASS LLP

By: /s/ Jeffrey G. Knowles
Jeffrey G. Knowles
Attorneys for Defendant GENENTECH, INC.