1 | JEFFREY G. KNOWLES (State Bar No. 129754)
  | CONOR P. MOORE (State Bar No. 230079)
2 | COBLENTZ, PATCH, DUFFY & BASS LLP
  | One Ferry Building, Suite 200
3 | San Francisco, California 94111-4213
  | Telephone: 415.391.4800
4 | Facsimile: 415.989.1663
  | Email:   ef-jgk@cpdb.com
5 | Email:   ef-cpm@cpdb.com

Attorneys for Defendant
GENENTECH, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,<br>            Plaintiff,<br>     vs.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN AND GENENTECH, INC.,<br>            Defendants. | Case No. 3:08-cv-02916-VRW<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GENENTECH, INC**. |

---

10149.004.912847v1                              1                              Case No. CV 08 2916 VRW

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT GENENTECH, INC.**

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Jeffrey G. Knowles hereby enters his appearance as counsel of
3  record for Defendant Genentech, Inc. Copies of all pleadings, papers, and notices should be served as
4  follows:

5

6      Jeffrey G. Knowles
    COBLENTZ, PATCH, DUFFY & BASS LLP
7      One Ferry Building, Suite 200
    San Francisco, CA 94111-4213
8      Telephone:  (415) 772-5795
9      Facsimile:   (415) 989-1663

10

11  DATED: July 18, 2008

12                            COBLENTZ, PATCH, DUFFY & BASS LLP

13

14                            By:  _____/s/  Jeffrey G. Knowles_____
                              Jeffrey G. Knowles
15                           Attorneys for Defendant GENENTECH, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28