JEFFREY G. KNOWLES (State Bar No. 129754)
CONOR P. MOORE (State Bar No. 230079)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jgk@cpdb.com
Email: ef-cpm@cpdb.com

Attorneys for Defendant
GENENTECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>　　　　　Defendants. | Case No. CV-08-2916 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Trial Date:　　Not Set |

　　　Plaintiff and Defendants, by and through their respective counsel, hereby stipulate as follows:

　　　WHEREAS, the Complaint in this action was filed on June 11, 2008;

　　　WHEREAS, Defendant Genentech, Inc. intends to file a motion to dismiss the Complaint in its entirety;

　　　WHEREAS, on June 30, 2008 Plaintiff moved to relate this case to a civil action currently pending before the Hon. Marilyn J. Patel of this Court, *Deborah Jane Jarrett, et al. v. InterMune, Inc., et al.*, 3:08-cv-02376-MHP ("*Jarrett*");

　　　WHEREAS, Judge Patel has extended Defendants' time to respond in *Jarrett* until August 25, 2008;

1  WHEREAS, Plaintiffs in the *Jarrett* action and Defendants have agreed to request that the Court
2  in *Jarrett* extend the time in which Defendants shall have to respond to the Complaint in *Jarrett* to
3  September 22, 2008;
4  NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and request that the time in
5  which Defendants shall have to respond to the Complaint filed herein be extended to and including
6  September 22, 2008.

DATED: July 18, 2008                COBLENTZ, PATCH, DUFFY & BASS LLP


By:   /s/ Jeffrey G. Knowles
      Jeffrey G. Knowles
      Attorneys for Defendant GENENTECH, INC.

DATED: July 18, 2008                WEXLER TORISEVA WALLACE LLP


By:   /s/ Jennifer Fountain Connolly
      Jennifer Fountain Connolly
      Attorneys for Plaintiff LINDA K. RYBKOSKI

DATED: July 18, 2008                KASOWITZ, BENSON, TORRES &
                                    FRIEDMAN LLP


By:   /s/ William M. Goodman
      William M. Goodman
      Attorneys for Defendant W. SCOTT
      HARKONEN

DATED: July 18, 2008                COVINGTON & BURLING, LLP


By:   /s/ Simon J. Frankel
      Simon J. Frankel
      Attorneys for Defendant INTERMUNE, INC.

**[Proposed] ORDER**

13403.001.916458v1                      2                    Case No. CV-08-2916

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

1     Pursuant to the parties' stipulation, IT IS SO ORDERED.

3 DATED:

                        Hon. Vaughn R. Walker
                        United States District Court

1

## ATTESTATION

2  I, Jeffrey G. Knowles, am the ECF user whose identification and password are being used to file

3  the Stipulation and [Proposed] Order Extending Time for Defendant Genentech, Inc. to Respond to

4  Complaint. In compliance with General Order 45.X.B, I hereby attest that Jennifer Fountain Connolly,

5  William M. Goodman and Simon J. Frankel have concurred in this filing.

6

7  DATED: July 18, 2008

8

9

10  COBLENTZ, PATCH, DUFFY & BASS LLP

11

12  By:   /s/  Jeffrey G. Knowles
             Jeffrey G. Knowles
13       Attorneys for Defendant GENENTECH, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28