JEFFREY G. KNOWLES (State Bar No. 129754)
CONOR P. MOORE (State Bar No. 230079)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jgk@cpdb.com
Email: ef-cpm@cpdb.com

Attorneys for Defendant
GENENTECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>Plaintiffs,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN AND GENENTECH, INC.,<br><br>Defendants. | Case No. CV-08-02376 MHP<br><br>**GENENTECH, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Civ. L.R. 3-16)**<br><br>Trial Date:   None |

07671.002.917883v1                      1                      Case No. CV-08-02376 MHP

**GENENTECH, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Civ. L.R. 3-16)**

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Genentech,
2 Inc. ("Genentech") states by and through its undersigned counsel that it is a public
3 company whose common stock is publicly traded.  Roche Holdings, Inc. owns more than
4 10% of Genentech stock.  Roche Holdings, Inc. is owned by Roche Holding Ltd.
5  Pursuant to Civil L.R. 3-16, Genentech believes that, as of this date, there are no
6 other persons or entities with either a financial interest in the subject matter in controversy
7 or any other kind of interest that could be substantially affected by the outcome of the
8 proceeding.

10  DATED: July 21, 2008                    COBLENTZ, PATCH, DUFFY & BASS LLP

12                                     By:   /s/  Jeffrey G. Knowles
                                             Jeffrey G. Knowles
13                                           Attorneys for Defendant  GENENTECH, INC.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663