JEFFREY G. KNOWLES (State Bar No. 129754)
CONOR P. MOORE (State Bar No. 230079)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jgk@cpdb.com
Email: ef-cpm@cpdb.com

Attorneys for Defendant
GENENTECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>Defendants. | Case No. CV-08-2916 VRW<br><br>**GENENTECH, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Civ. L.R. 3-16)**<br><br>Trial Date:    None |

07671.002.917898v1     1     Case No. CV-08-2916 VRW

**GENENTECH, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Civ. L.R. 3-16)**

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Genentech, Inc. ("Genentech") states by and through its undersigned counsel that it is a public company whose common stock is publicly traded. Roche Holdings, Inc. owns more than 10% of Genentech stock. Roche Holdings, Inc. is owned by Roche Holding Ltd.

Pursuant to Civil L.R. 3-16, Genentech believes that, as of this date, there are no other persons or entities with either a financial interest in the subject matter in controversy or any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED: July 21, 2008                COBLENTZ, PATCH, DUFFY & BASS LLP


                                    By:   /s/ Jeffrey G. Knowles
                                          Jeffrey G. Knowles
                                          Attorneys for Defendant GENENTECH, INC.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

07671.002.917898v1                           1                           Case No. CV-08-2916 VRW

**GENENTECH, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Civ. L.R. 3-16)**