| | |
|---|---|
| Clerk's Use Only | |
| Initial for fee pd.: | |

1  RICHARD S. SCOTT
   WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
2  Washington, DC 20005; Tel. 202.434.5000

3              UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5  LINDA K. RYBKOSKI, on behalf
   of herself and others similarly
6  situated,                              CASE NO. 3:08-cv-02916-VRW
                   Plaintiff(s),
7
              v.                           APPLICATION FOR
8  INTERMUNE, INC., W. SCOTT               ADMISSION OF ATTORNEY
   HARKONEN AND GENENTECH, INC.,           *PRO HAC VICE*
9
   _____Defendant(s). /
10

11     Pursuant to Civil L.R. 11-3, RICHARD S. SCOTT, an active member in
good standing of the bar of THE DISTRICT OF COLUMBIA, hereby applies
12
for admission to practice in the Northern District of California on a pro hac vice basis
13
representing GENENTECH, INC. in the above-entitled action.
14
       In support of this application, I certify on oath that:
15
   1.  I am an active member in good standing of a United States Court or of the highest
16
       court of another State or the District of Columbia, as indicated above;
17
   2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
18
       Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
19
       become familiar with the Local Rules and the Alternative Dispute Resolution
20
       programs of this Court; and,
21
   3.  An attorney who is a member of the bar of this Court in good standing and who
22
       maintains an office within the State of California has been designated as co-
23
       counsel in the above-entitled action. The name, address and telephone number of
24
       that attorney is: Jeffrey G. Knowles
25                        Coblentz, Patch, Duffy & Bass LLP
                          One Ferry Building, Suite 200
26                        San Francisco, CA 94111-4213
27                        Tel. 415.772.5795
   I declare under penalty of perjury that the foregoing is true and correct.
28

Dated: July 11, 2008                        _____

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On July 16, 2008, I served true copies of the following document(s) described as

**(RICHARD S. SCOTT) APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2008, at San Francisco, California.

_____
Cindy Y. Fong

Document17                    1                    Case No. cv-08-02916

PROOF OF SERVICE

**SERVICE LIST**
Rybkoski v. InterMune, et al.
Case No. CV-08-02916 VRW

Attorneys for Plaintiff
**LINDA K. RYBKOSKI**

Attorneys for Plaintiff
**LINDA K. RYBKOSKI**

| | |
|---|---|
| Jennifer Fountain Connolly, Esq.<br>Kenneth A. Wexler, Esq.<br>Wexler Toriseva Wallace LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Tel: 312-346-2222<br>Fax: 312-346-0088<br>Email: jfc@wtwlaw.us<br>Email: kaw@wtwlaw.us | Mark John Tamblyn, Esq.<br>Wexler Toriseva Wallace LLP<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br>Tel: 916-568-1100<br>Fax: 916-568-7890<br>Email: mjt@wtwlaw.com |