UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA K. RYBKOSKI, on behalf of
herself and others similarly situated,

                Plaintiff(s),

v.

INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,

                Defendant(s).

CASE NO. 3:08-cv-02916-VRW

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

RICHARD S. SCOTT, an active member in good standing of the bar of THE DISTRICT OF COLUMBIA (particular court to which applicant is admitted) whose business address and telephone number is WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, NW
WASHINGTON, DC 20005; TEL 202.434.5000
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GENENTECH, INC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

                                     United States District    Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

    On July 16, 2008, I served true copies of the following document(s) described as

**(RICHARD S. SCOTT) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on July 16, 2008, at San Francisco, California.

*/s/ Cindy Y. Fong*
Cindy Y. Fong

**SERVICE LIST**
Rybkoski v. InterMune, et al.
Case No. CV-08-02916 VRW

Attorneys for Plaintiff
**LINDA K. RYBKOSKI**

Attorneys for Plaintiff
**LINDA K. RYBKOSKI**

| | |
|---|---|
| Jennifer Fountain Connolly, Esq.<br>Kenneth A. Wexler, Esq.<br>Wexler Toriseva Wallace LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Tel: 312-346-2222<br>Fax: 312-346-0088<br>Email: jfc@wtwlaw.us<br>Email: kaw@wtwlaw.us | Mark John Tamblyn, Esq.<br>Wexler Toriseva Wallace LLP<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br>Tel: 916-568-1100<br>Fax: 916-568-7890<br>Email: mjt@wtwlaw.com |