**United States District Court**
**For the Northern District of California**

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,
5
6  Plaintiff(s),
7  v.
   INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,
8
9
10           Defendant(s).     /

CASE NO. 3:08-cv-02916-VRW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

11  GEORGE W. HICKS, an active member in good standing of the bar of
12  THE DISTRICT OF COLUMBIA whose business address and telephone number
    (particular court to which applicant is admitted)
13  is WILLIAMS & CONNOLLY LLP
    725 TWELFTH STREET, NW
14  WASHINGTON, DC 20005; TEL 202.434.5000
15                                                                          , having applied in the
16  above-entitled action for admission to practice in the Northern District of California on a *pro hac*
17  *vice* basis, representing GENENTECH, INC.
18       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
19  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
20  *vice*. Service of papers upon and communication with co-counsel designated in the application
21  will constitute notice to the party. All future filings in this action are subject to the requirements
22  contained in General Order No. 45, *Electronic Case Filing*.
23
24  Dated:
25                                                         United States District    Judge
26
27
28

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

On July 16, 2008, I served true copies of the following document(s) described as

**(GEORGE W. HICKS) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Coblentz, Patch, Duffy & Bass LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2008, at San Francisco, California.

_____
Cindy Y. Fong

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

SERVICE LIST
Rybkoski v. InterMune, et al.
Case No. CV-08-02916 VRW

Attorneys for Plaintiff
**LINDA K. RYBKOSKI**

Attorneys for Plaintiff
**LINDA K. RYBKOSKI**

| | |
|---|---|
| Jennifer Fountain Connolly, Esq.<br>Kenneth A. Wexler, Esq.<br>Wexler Toriseva Wallace LLP<br>55 W. Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Tel: 312-346-2222<br>Fax: 312-346-0088<br>Email: jfc@wtwlaw.us<br>Email: kaw@wtwlaw.us | Mark John Tamblyn, Esq.<br>Wexler Toriseva Wallace LLP<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br>Tel: 916-568-1100<br>Fax: 916-568-7890<br>Email: mjt@wtwlaw.com |