JEFFREY G. KNOWLES (State Bar No. 129754)
CONOR P. MOORE (State Bar No. 230079)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-jgk@cpdb.com
Email:  ef-cpm@cpdb.com

Attorneys for Defendant
GENENTECH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>Defendants. | Case No. CV-08-2916 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Trial Date:    Not Set |

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Complaint in this action was filed on June 11, 2008;

WHEREAS, Defendant Genentech, Inc. intends to file a motion to dismiss the Complaint in its entirety;

WHEREAS, on June 30, 2008 Plaintiff moved to relate this case to a civil action currently pending before the Hon. Marilyn J. Patel of this Court, *Deborah Jane Jarrett, et al. v. InterMune, Inc., et al.*, 3:08-cv-02376-MHP ("*Jarrett*");

WHEREAS, Judge Patel has extended Defendants' time to respond in *Jarrett* until August 25, 2008;

WHEREAS, Plaintiffs in the *Jarrett* action and Defendants have agreed to request that the Court in *Jarrett* extend the time in which Defendants shall have to respond to the Complaint in *Jarrett* to September 22, 2008;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and request that the time in which Defendants shall have to respond to the Complaint filed herein be extended to and including September 22, 2008.

DATED: July 18, 2008                COBLENTZ, PATCH, DUFFY & BASS LLP

By:  /s/ Jeffrey G. Knowles
     Jeffrey G. Knowles
     Attorneys for Defendant GENENTECH, INC.

DATED: July 18, 2008                WEXLER TORISEVA WALLACE LLP

By:  /s/ Jennifer Fountain Connolly
     Jennifer Fountain Connolly
     Attorneys for Plaintiff LINDA K. RYBKOSKI

DATED: July 18, 2008                KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:  /s/ William M. Goodman
     William M. Goodman
     Attorneys for Defendant W. SCOTT HARKONEN

DATED: July 18, 2008                COVINGTON & BURLING, LLP

By:  /s/ Simon J. Frankel
     Simon J. Frankel
     Attorneys for Defendant INTERMUNE, INC.

[~~Proposed~~] ORDER

1 | Pursuant to the parties' stipulation, IT IS SO ORDERED.

3 | DATED: 7/22/2008



## ATTESTATION

I, Jeffrey G. Knowles, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order Extending Time for Defendant Genentech, Inc. to Respond to Complaint. In compliance with General Order 45.X.B, I hereby attest that Jennifer Fountain Connolly, William M. Goodman and Simon J. Frankel have concurred in this filing.

DATED: July 18, 2008

                    COBLENTZ, PATCH, DUFFY & BASS LLP

                    By:   /s/  Jeffrey G. Knowles
                          Jeffrey G. Knowles
                    Attorneys for Defendant GENENTECH, INC.