JESSAMYN S. BERNIKER
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005; Tel. 202.434.5000



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LINDA K. RYBKOSKI, on behalf
of herself and others similarly
situated,

        Plaintiff(s),

v.

INTERMUNE, INC., W. SCOTT
HARKONEN AND GENENTECH, INC.,

        Defendant(s). /

**CASE NO.** 3:08-cv-02916-VRW

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, JESSAMYN S. BERNIKER , an active member in good standing of the bar of THE DISTRICT OF COLUMBIA , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing GENENTECH, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Jeffrey G. Knowles
    Coblentz, Patch, Duffy & Bass LLP
    One Ferry Building, Suite 200
    San Francisco, CA 94111-4213
    Tel. 415.772.5795

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 11, 2008

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3

    At the time of service, I was over 18 years of age and **not a party to this action**.  I am

4

employed in the County of San Francisco, State of California.  My business address is One Ferry Building, Suite 200, San Francisco, California 94111-4213.

5

    On July 18, 2008, I served true copies of the following document(s) described as

6

**(JESSAMYN S. BERNIKER) APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

7

8

on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

9

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons

10

at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Coblentz, Patch, Duffy &

11

Bass LLP's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course

12

of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

13

    I declare under penalty of perjury under the laws of the State of California that the

14

foregoing is true and correct.

15

    Executed on July 18, 2008, at San Francisco, California.

16

17

_____
Cindy Y. Fong

18

19

20

21

22

23

24

25

26

27

28

1

**SERVICE LIST**
**Rybkoski v. InterMune, et al.**
**Case No. CV-08-02916 VRW**

Attorneys for Plaintiff **LINDA K. RYBKOSKI**

Jennifer Fountain Connolly, Esq.
Kenneth A. Wexler, Esq.
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312-346-2222
Fax: 312-346-0088
Email: jfc@wtwlaw.us
Email: kaw@wtwlaw.us

Mark John Tamblyn, Esq.
Wexler Toriseva Wallace LLP
1610 Arden Way, Suite 290
Sacramento, CA 95815
Tel: 916-568-1100
Fax: 916-568-7890
Email: mjt@wtwlaw.com

Attorneys for Defendant **INTERMUNE, INC.**

Simon J. Frankel, Esq.
Erin C. Smith, Esq.
Covington & Burling, LLP
One Front Street
San Francisco, Ca 94111
Tel: 415-591-6000
Fax: 415-591-6091
Email: sfrankel@cov.com
Email: esmith@cov.com

Ethan M. Posner, Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202-662-6000

Attorneys for Defendant **W. SCOTT HARKONEN**

William M. Goodman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, Ca 94111
Tel: 415-421-6140
Fax: 415-398-5030
Email: wgoodman@kasowitz.com

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 . FAX 415.989.1663