1  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail:  sfrankel@cov.com
2  ERIN C. SMITH (State Bar No. 234852)
   E-Mail:  esmith@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California  94111
   Telephone:    (415) 591-6000
5  Facsimile:    (415) 591-6091

6  Attorneys for Defendant INTERMUNE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. RYBKOSKI,<br><br>Plaintiff,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>Defendants. | Civil Case No.: C-08-02916 MHP<br><br>**NOTICE OF APPEARANCE**<br><br>Dept: 15<br><br>Judge:  Honorable Marilyn Hall Patel |

### **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Simon J. Frankel and Erin C. Smith of the law firm Covington & Burling LLP as counsel of record for defendant INTERMUNE, INC.

DATED:  August 6, 2008                    COVINGTON & BURLING LLP

                                          By:      /s/
                                              Erin C. Smith

                                          Attorneys for Defendant InterMune, Inc.

NOTICE OF APPEARANCE
Civil Case No.: C-08-02916 MHP