| | |
|---|---|
| 1 | MARK J. TAMBLYN (State Bar No. 179272) |
| 2 | mjt@wtwlaw.com<br>**WEXLER TORISEVA WALLACE LLP** |
| 3 | 1610 Arden Way, Suite 290<br>Sacramento, California 95815 |
| 4 | Telephone: (916) 568-1100<br>Facsimile: (916) 568-7890 |
| 5 | |
| 6 | Attorney for Plaintiff |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA K. RYBKOSKI, on behalf of herself and others similarly situated, | ) ) ) | Case No. 3:08-cv-02916-MHP |
| Plaintiff, | ) ) | **PROOF OF SERVICE** |
| v. | ) ) | |
| INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., | ) ) ) | Judge Marilyn Hall Patel |
| Defendants. | ) ) ) | |

I, Tracy Law, certify as follows:

I am employed in the County of Sacramento, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1610 Arden Way, Suite 290, Sacramento, California 95815, in said County and State. On August 11, 2008, I served the following document(s):

    1.    ADR Certification by Parties and Counsel; and

    2.    Proof of Service.

on the parties on the attached Service List, by the following means of service:

X    BY ELECTRONIC MAIL: I caused each such document to be transmitted electronically via email.

X    I am employed by a member of the bar of this court.

---

Case No. 3:08-cv-02376-MHP

PROOF OF SERVICE

1 | X    (FEDERAL) I declare under penalty of perjury that the foregoing is true and correct.
2
3 | Executed on August 11, 2008.            _TRACY LAW_
                                             Tracy Law
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No.  3:08-cv-02376-MHP

PROOF OF SERVICE

**SERVICE LIST**

Kenneth A. Wexler
Jennifer F. Connolly
Wexler Toriseva Wallace LLP
55 W. Monroe Street
Suite 3300
Chicago, IL 60603
Telephone: 312-346-2222
Facsimile: 312-346-0088

Mark J. Tamblyn
Wexler Toriseva Wallace LLP
1610 Arden Way
Suite 290
Sacramento, CA 95815
Telephone: 916-568-1100
Facsimile: 916-568-7890

*Counsel for Plaintiff Linda K. Rybkoski*

Erin C Smith
Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: 415- 591-6000
Facsimile: 415 591-6091

*Counsel for InterMune, Inc.*

George W. Hicks
Gerson A. Zweifach
Richard S. Scott
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: 202-434-5000

Jeffrey G. Knowles
Coblentz, Patch, Duffy & Bass
One Ferry Building
Suite 200
San Francisco, CA 94111
Telephone: 415-391-4800
Facsimile: 415-989-1663

*Counsel for Defendant Genentech, Inc.*

3

Case No. 3:08-cv-02376-MHP

PROOF OF SERVICE