1  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
2  ERIN C. SMITH (State Bar No. 234852)
   E-Mail: esmith@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California 94111
   Telephone:  (415) 591-6000
5  Facsimile:  (415) 591-6091

6  Attorneys for Defendant INTERMUNE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>Plaintiffs,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>Defendants. | Civil Case No.: C-08-02376 MHP<br><br>**DEFENDANT INTERMUNE, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |
| LINDA K. RYBKOSKI,<br><br>Plaintiff,<br><br>v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>Defendants. | THIS DOCUMENT RELATES TO:<br><br>Civil Case No.: C-08-02916 MHP |

1    Pursuant to Local Rule 3-16, Defendant InterMune, Inc. ("InterMune") hereby
2  files its Certification of Interested Entities or Persons.  The undersigned certifies that as of this
3  date, with respect to InterMune, there is no such interest to report.

4
5  DATED:   August 13, 2008          COVINGTON & BURLING LLP

6                      By:    /s/ Erin C. Smith
                                   Erin C. Smith
7
                              Attorneys for Defendant InterMune, Inc.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT INTERMUNE, INC.'S CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS PURSUANT      1
TO LOCAL RULE 3-16
Civil Case No.: C-08-02916 MHP and C-08-02916 MHP