1  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail: sfrankel@cov.com
2  ERIN C. SMITH (State Bar No. 234852)
   E-Mail: esmith@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California 94111
   Telephone:  (415) 591-6000
5  Facsimile:   (415) 591-6091

6  Attorneys for Defendant INTERMUNE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JANE JARRETT, NANCY ISENHOWER, AND JEFFREY H. FRANKEL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>　　　　Defendants. | Civil Case No.: C-08-02376 MHP<br><br>**DEFENDANT INTERMUNE, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| LINDA K. RYBKOSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC.,<br><br>　　　　Defendants. | THIS DOCUMENT RELATES TO:<br><br>Civil Case No.: C-08-02916 MHP |

DEFENDANT INTERMUNE, INC.'S DISCLOSURE
STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 7.1
Civil Case No.: C-08-02376 MHP and C-08-02916 MHP

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant InterMune, Inc.
2  ("InterMune") hereby files its Disclosure Statement.  InterMune states that it does not have a
3  parent corporation and that no publicly held corporation owns ten percent or more of the shares
4  of InterMune's stock.

DATED:   August 13, 2008                              COVINGTON & BURLING LLP

By:     /s/  Erin C. Smith
        Erin C. Smith

        Attorneys for Defendant InterMune, Inc.

DEFENDANT INTERMUNE, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1
Civil Case No. C-08-02376 MHP and C-08-02916 MHP

1