1  SIMON J. FRANKEL (State Bar No. 171552)
   E-Mail:  sfrankel@cov.com
2  ERIN C. SMITH (State Bar No. 234852)
   E-Mail:  esmith@cov.com
3  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
4  San Francisco, California  94111
   Telephone:   (415) 591-6000
5  Facsimile:    (415) 591-6091

6  Attorneys for Defendant INTERMUNE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. RYBKOSKI, | Civil Case No.: C-08-02916 MHP |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Dept: 15 |
| INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., | Judge:  Honorable Marilyn Hall Patel |
| Defendants. | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Simon J. Frankel and Erin C. Smith of the law firm Covington & Burling LLP as counsel of record for defendant INTERMUNE, INC.

DATED:  August 6, 2008                COVINGTON & BURLING LLP

                                      By:      /s/
                                              Erin C. Smith

                                      Attorneys for Defendant InterMune, Inc.

NOTICE OF APPEARANCE
Civil Case No.: C-08-02916 MHP