1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   William M. Goodman (SBN 61305)
2  wgoodman@kasowitz.com
   101 California Street, Suite 2050
3  San Francisco, CA 94111
   Telephone:  (415) 421-6140
4  Facsimile:  (415) 398-5030

5  Attorneys for Defendant
   W. SCOTT HARKONEN
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | LINDA K. RYBKOSKI, on behalf of herself and others similarly situated, | Case No. CV08-02916 MHP |
12 | | |
13 | Plaintiff, | **DEFENDANT W. SCOTT HARKONEN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |
14 | v. | |
15 | INTERMUNE, INC., W. SCOTT HARKONEN, AND GENENTECH, INC., | |
16 | | |
   | Defendants. | |

17

18       Pursuant to Local Rule 3-16, Defendant W. Scott Harkonen ("Harkonen") hereby files his

19 Certification of Interested Entities or Persons.  The undersigned certifies that as of this date,

20 other than the named parties, there is no such interest to report.

21

22 DATED:  August 14, 2008              KASOWITZ BENSON TORRES & FRIEDMAN LLP

23

                                        By:    /s/ William M. Goodman
24
                                        WILLIAM M. GOODMAN
25                                      Attorneys for Defendant
                                        W. SCOTT HARKONEN
26

27

28

---

1
DEFENDANT HARKONEN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16
CV08-02916-MHP

Doc. 8010174