UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA K. RYBKOSKI, on behalf of herself and others similarly situated,

                  Plaintiff(s),

v.

INTERMUNE, INC., et al.

                  Defendant(s).

CASE NO. 3:08-cv-02916-MHP

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jennifer Fountain Connolly, an active member in good standing of the bar of District of Colorado and Northern District of Illinois (particular court to which applicant is admitted) whose business address and telephone number is Wexler Toriseva Wallace LLP, 55 W. Monroe Street, Suite 3300, Chicago, Illinois 60603, (312) 346-2222 - telephone, (312) 346-0022 - fax, jfc@wtwlaw.com

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Linda K. Rybkoski

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/29/08

United States Judge
Hon. Marilyn H. Patel