UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LINDA K. RYBKOSKI, on behalf of herself
and others similarly situated,

           Plaintiff(s),

    v.

INTERMUNE, INC., W. SCOTT
HARKONEN, and GENENTECH, INC.,

           Defendant(s).
_____/

CASE NO. 08-cv-2916-MHP

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR (*please identify process and provider*)  Private mediation

To commence following a ruling on Defendants' Motion to Dismiss, provider to be agreed upon by the parties.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  75 days following a ruling on the Motion to Dismiss

Dated: 8/26/08                              /s/ Mark J. Tamblyn
                                                Attorney for Plaintiff

Dated: 8/26/08                              /s/ Attorneys for All Defendants
                                                Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other   75 days following a ruling on the Motion to Dismiss

IT IS SO ORDERED.

Dated: August 29, 2008



UNITED STATES DISTRICT JUDGE
Judge Marilyn H. Patel